IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MELVIN A MORRISS III, an individual;

Plaintiff,

vs.

BNSF RAILWAY COMPANY, a
Delaware corporation;

Defendant.

**8:13CV24**

**MEMORANDUM AND ORDER**

IT IS ORDERED that the plaintiff's unopposed motion to continue, (Filing No. 14), is granted as follows:

1)    The deadline for identifying expert witnesses expected to testify at the trial is August 2, 2013.

2)    The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|  |  |
|---|---|
| For the plaintiff(s): | September 3, 2013 |
| For the defendant(s): | October 3, 2013 |
| For the plaintiff rebuttal: | October 17, 2013. |

June 4, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge