IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MELVIN A MORRISS III, an individual;

        Plaintiff,

vs.

BNSF RAILWAY COMPANY, a Delaware corporation;

        Defendant.

8:13CV0024

**AMENDED PROGRESSION ORDER**

IT IS ORDERED that the joint motion to continue the deposition and dispositive motions deadlines (filing no. 72), is granted, as follows:

1) The deposition deadline is March 31, 2014.

2) The deadline for filing motions to dismiss and motions for summary judgment is April 15, 2014.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is April 15, 2014.

4) All other deadlines within the progression order remain in effect.

February 5, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge