IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELVIN A MORRISS III, | ) | 8:13CV24 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that the parties' joint motion for an extension of time (filing 113) is granted, as follows:

   Each party shall have until September 9, 2014, to file a reply brief regarding their cross-motions for summary judgment (filings 96, 99).

   DATED this 2nd day of September, 2014.

                              BY THE COURT:

                              s/ Richard G. Kopf
                              Senior United States District Judge

-1-