IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MELVIN A. MORRISS III, | ) | 8:13CV24 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BNSF RAILWAY COMPANY, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion to for restricted access (filing 132) is granted, and, pursuant to NECivR 5.3(c), that access to filings 101-2, 101-3, 101-4, 101-6, 103-3 and 111-2 shall be restricted to parties of record and court users.

DATED this 5th day of January, 2016.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge